HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
noa_oren@fd.org
Attorney for Defendant
SECUNDINO ESQUIBEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:15-cr-164 TLN |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | ) ) | Date: October 22, 2015 |
| SECUNDINO ESQUIBEL et al, | ) | Time: 9:30 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Paul Andrew Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Secundino Esquibel, defendant Oscar Gonzalez, by and through his counsel, Jesse Ortiz III, defendant Jose Alvarez, by and through his counsel, John Richard Manning, defendant Manuel Marzial, by and through his counsel Olaf William Hedberg, defendant Antonio Gomez, by and through his counsel Clemente Jimenez and defendant, Moises Torres, by and through his counsel Todd David Leras that the status conference, currently scheduled for October 22, 2015, be continued to January 28, 2016 at 9:30 a.m.

Defense counsel requires additional time to review discovery with the defendant and pursue investigation, as well as continue negotiations toward a non-trial disposition.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including January 28, 2016;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

DATED: October 14, 2015        HEATHER E. WILLIAMS
                               Federal Defender

                               */s/ Noa E. Oren*
                               NOA E. OREN
                               Assistant Federal Defender
                               SECUNDINO ESQUIBEL

DATED: October 14, 2015        */s/ Jesse Ortiz III*
                               JESSE ORTIZ III
                               Attorney for Defendant
                               OSCAR GONZALEZ

DATED: October 14, 2015        */s/ John Richard Manning*
                               JOHN RICHARD MANNING
                               Attorney for Defendant
                               JOSE ALVAREZ

DATED: October 14, 2015        */s/ Olaf William Hedberg*
                               OLAF WILLIAM HEDBERG
                               Attorney for Defendant
                               MANUEL MARZIAL

DATED: October 14, 2015        */s/ Clemente Jimenez*
                               CLEMENTE JIMENEZ
                               Attorney for Defendant
                               ANTONIO GOMEZ

DATED: October 14, 2015        */s/ Todd David Leras*
                               TODD DAVID LERAS
                               Attorney for Defendant
                               MOISES TORRES

DATED: October 14, 2015
                               BENJAMIN B. WAGNER
                               United States Attorney

                               */s/ Paul A. Hemesath*
                               PAUL A. HEMESATH
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

1  ORDER

2  IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'
3  stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as
4  its order. The Court specifically finds the failure to grant a continuance in this case would deny
5  counsel reasonable time necessary for effective preparation, taking into account the exercise of
6  due diligence.  The Court finds the ends of justice are served by granting the requested
7  continuance and outweigh the best interests of the public and defendant in a speedy trial.

8  The Court orders the time from the date the parties stipulated, up to and including
9  January 28, 2016, shall be excluded from computation of time within which the trial of this case
10 must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)
11 and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It
12 is further ordered the October 22, 2015 status conference shall be continued until January 28,
13 2016, at 9:30 a.m.

14 Dated:  October 14, 2015

_____
Troy L. Nunley
United States District Judge