1  JOHN R. MANNING (SBN 220874)
   ATTORNEY AT LAW
2  1111 H Street, #204
   Sacramento, CA 95814
3  (916)444-3994
   jmanninglaw@yahoo.com
4
   Attorney for Defendant
5  JOSE ALVAREZ

6
                    IN THE UNITED STATES DISTRICT COURT
7
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,          )  Case No.: 2:15-CR-164-TLN
10                                     )
                        Plaintiff,     )  STIPULATION REGARDING EXCLUDABLE TIME
11                                     )  PERIODS UNDER SPEEDY TRIAL ACT;
   vs.                                 )  FINDINGS
12                                     )
   ESQUIBEL, et al.,                   )  Date:  May 5, 2016
13                                     )  Time:  9:30 a.m.
                        Defendants.    )  Judge: Honorable Troy L. Nunley
14                                     )
   ─────────────────────────────────────

15

16      The United States of America through its undersigned counsel, Ross K.

17 Naughton, Assistant United States Attorney, together with counsel for

18 defendant Secundino Esquibel, Michael E. Hingle, Esq., counsel for defendant

19 Oscar Gonzalez, Jesse Ortiz, III, Esq., counsel for defendant Jose Alvarez,

20 John R. Manning, Esq., counsel for defendant Manuel Marzial, Olaf W. Hedberg,

21 Esq., counsel for defendant Antonio Gomez, Clemente Jimenez, Esq., and

22 counsel for defendant Moises Torres, Todd D. Leras, Esq., hereby stipulate

23 the following:

24      1.  By previous order, this matter was set for status conference on

25 March 17, 2016.

26      2.  By this stipulation, the defendants now move to continue the status

27 conference until May 5, 2016 at 9:30 a.m., and to exclude time between March

28

17, 2016 and May 5, 2016 under the Local Code T-4 (to allow defense counsel time to prepare).

    3.  The parties agree and stipulate, and request the Court find the following:

    a. The government has produced over 900 pages of discovery and 3 videos.

    b. Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses.

    c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of March 17, 2016, to May 5, 2016, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.   Nothing in this stipulation and order shall preclude a finding that

provision of the Speedy Trial Act dictate that additional time periods

are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  March 14, 2016                    /s/  Michael E. Hingle
                                          MICHAEL E. HINGLE
                                          Attorney for Defendant
                                          Secundino Esquibel


Dated:  March 14, 2016                    /s/  Jesse Ortiz, III
                                          JESSE ORTIZ, III
                                          Attorney for Defendant
                                          Oscar Gonzalez


Dated:  March 14, 2016                    /s/  John R. Manning
                                          JOHN R. MANNING
                                          Attorney for Defendant
                                          Jose Alvarez


Dated:  March 14, 2016                    /s/  Olaf W. Hedberg
                                          OLAF W. HEDBERG
                                          Attorney for Defendant
                                          Manuel Marzial


Dated:  March 14, 2016                    /s/  Clemente M. Jimenez
                                          CLEMENTE M. JIMENEZ
                                          Attorney for Defendant
                                          Antonio Gomez


Dated:  March 14, 2016                    /s/  Todd D. Leras
                                          TODD D. LERAS
                                          Attorney for Defendant
                                          Moises Torres


Dated:  March 14, 2016                    Benjamin B. Wagner
                                          United States Attorney

                                          by:/s/  Ross K. Naughton
                                          Ross K. Naughton
                                          Assistant United States Attorney


///

**ORDER**

IT IS SO FOUND AND ORDERED this 14th day of March, 2016.

Troy L. Nunley
United States District Judge