```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
JOSE ALVAREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:15 CR 164 TLN |
| | ) |
| Plaintiff, | ) STIPULATION REGARDING EXCLUDABLE TIME |
| | ) PERIODS UNDER SPEEDY TRIAL ACT |
| vs. | ) FINDINGS |
| | ) |
| Esquibel et al., | ) Date: September 22, 2016 |
| | ) Time:  9:30 a.m. |
| Defendants. | ) Judge: Honorable Troy L. Nunley |
| | ) |

   The United States of America through its undersigned counsel, Ross K. Naughton, Assistant United States Attorney, together with counsel for defendant Secundino Esquibel, Michael E. Hingle, Esq., counsel for defendant Oscar Gonzalez, Jesse Ortiz, III, Esq., counsel for defendant Jose Alvarez, John R. Manning, Esq., counsel for defendant Manuel Marzial, Olaf W. Hedberg, Esq., counsel for defendant Antonio Gomez, Clemente Jimenez, Esq., and counsel for defendant Moises Torres, Todd D. Leras, Esq., hereby stipulate the following:

   1.  By previous order, this matter was set for status conference on July 28, 2016.

   2.  By this stipulation, the defendants now move to continue the status conference until September 22, 2016 and to exclude time between July 28, 2016

1 and September 22, 2016 under the Local Code T-4 (to allow defense counsel
2 time to prepare).
3       3.  The parties agree and stipulate, and request the Court find the
4 following:
5       a. The government has produced over 900 pages of discovery and 3
6          videos.
7       b. Counsel for the defendants need additional time to review the
8          discovery, conduct investigation, and interview potential witnesses.
9       c. Counsel for the defendants believe the failure to grant a
10         continuance in this case would deny defense counsel reasonable time
11         necessary for effective preparation, taking into account the
12         exercise of due diligence.
13      d. The government does not object to the continuance.
14      e. Based on the above-stated findings, the ends of justice served by
15         granting the requested continuance outweigh the best interests of
16         the public and the defendants in a speedy trial within the original
17         date prescribed by the Speedy Trial Act.
18      f. For the purpose of computing time under the Speedy Trial Act, 18
19         United States Code Section 3161(h)(7)(A) within which trial must
20         commence, the time period of July 28, 2016, to September 22, 2016,
21         inclusive, is deemed excludable pursuant to 18 United States Code
22         Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4
23         because it results from a continuance granted by the Court at the
24         defendants' request on the basis of the Court's finding that the
25         ends of justice served by taking such action outweigh the best
26         interest of the public and the defendants in a speedy trial.
27      4.  Nothing in this stipulation and order shall preclude a finding that
28

provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 20, 2016     /s/ Michael E. Hingle
MICHAEL E. HINGLE
Attorney for Defendant
Secundino Esquibel

Dated: July 25, 2016     /s/ Jesse Ortiz, III
JESSE ORTIZ, III
Attorney for Defendant
Oscar Gonzalez

Dated: July 20, 2016     /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Jose Alvarez

Dated: July 22, 2016     /s/ Olaf W. Hedberg
OLAF W. HEDBERG
Attorney for Defendant
Manuel Marzial

Dated: July 20, 2016     /s/ Clemente M. Jimenez
CLEMENTE M. JIMENEZ
Attorney for Defendant
Antonio Gomez

Dated: July 25, 2016     /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
Moises Torres

Dated: July 21, 2016     Phillip A. Talber
United States Attorney

by: /s/ Ross K. Naughton
Ross K. Naughton
Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 26th day of July, 2016.

Hon. TROY L. NUNLEY
United States District Court