JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
JOSE ALVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:15-CR-164-TLN |
| | ) |
| Plaintiff, | ) STIPULATION REGARDING EXCLUDABLE TIME |
| | ) PERIODS UNDER SPEEDY TRIAL |
| vs. | ) ACT;FINDINGS |
| | ) |
| ESQUIBEL et al., | ) Date: March 9, 2017 |
| | ) Time:  9:30 a.m. |
| Defendants. | ) Judge: Honorable Troy L. Nunley |
| | ) |

   The United States of America through its undersigned counsel, Ross K. Naughton, Assistant United States Attorney, together with counsel for defendant Secundino Esquibel, Michael E. Hingle, Esq., counsel for defendant Oscar Gonzalez, Jesse Ortiz, III, Esq., counsel for defendant Jose Alvarez, John R. Manning, Esq., counsel for defendant Manuel Marzial, Olaf W. Hedberg, Esq., counsel for defendant Antonio Gomez, Clemente Jimenez, Esq., and counsel for defendant Moises Torres, Todd D. Leras, Esq., hereby stipulate the following:

   1.  By previous order, this matter was set for status conference on January 5, 2017.

   2.  By this stipulation, the defendants now move to continue the status conference until March 9, 2017, at 9:30 a.m., and to exclude time between

January 5, 2017 and March 9, 2017 under the Local Code T-4 (to allow defense counsel time to prepare).

    3.  The parties agree and stipulate, and request the Court find the following:

    a. The government has produced over 900 pages of discovery and 3 videos.

    b. Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses.

    c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of January 5, 2017, to March 9, 2017, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

    4.  Nothing in this stipulation and order shall preclude a finding that

provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 29, 2016    /s/  Michael E. Hingle
                             MICHAEL E. HINGLE
                             Attorney for Defendant
                             Secundino Esquibel

Dated: December 28, 2016    /s/  Jesse Ortiz, III
                             JESSE ORTIZ, III
                             Attorney for Defendant
                             Oscar Gonzalez

Dated: December 28, 2016    /s/  John R. Manning
                             JOHN R. MANNING
                             Attorney for Defendant
                             Jose Alvarez

Dated: December 29, 2016    /s/  Olaf W. Hedberg
                             OLAF W. HEDBERG
                             Attorney for Defendant
                             Manuel Marzial

Dated: January 2, 2017      /s/  Clemente M. Jimenez
                             CLEMENTE M. JIMENEZ
                             Attorney for Defendant
                             Antonio Gomez

Dated: December 29, 2016    /s/  Todd D. Leras
                             TODD D. LERAS
                             Attorney for Defendant
                             Moises Torres

Dated: December 29, 2016    Phillip A. Talbert
                            Acting United States Attorney

                            by: /s/  Ross K. Naughton
                            Ross K. Naughton
                            Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 3rd day of January, 2017.

_____
Troy L. Nunley
United States District Judge