PHILLIP A. TALBERT
United States Attorney
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:15-CR-00164-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| SECUNDINO ESQUIBEL ET AL., | DATE: March 9, 2017 TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

The United States of America, through its undersigned counsel, Ross K. Naughton, Assistant United States Attorney, together with counsel for defendant Secundino Esquibel, Michael E. Hingle, Esq.; counsel for defendant Oscar Gonzalez, Jesse Ortiz, III, Esq.; counsel for defendant Manuel Marzial, Olaf W. Hedberg, Esq.; counsel for defendant Antonio Gomez, Clemente Jimenez, Esq.; and counsel for defendant Moises Torres, Todd D. Leras, Esq., hereby stipulate the following:

1.      By previous order, this matter was set for status on March 9, 2017.

2.      By this stipulation, the above-named defendants now move to continue the status conference until April 27, 2017, at 9:30 a.m., and to exclude time between March 9, 2017, and April 27, 2017, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case

includes over 900 pages of discovery and 3 video recordings.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for the above-named defendants desire additional time to review the discovery, conduct investigation, and interview potential witnesses.

c)      Counsel for the above-named defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 9, 2017 to April 27, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

[***End of page***.]

1   4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3 must commence.

4   IT IS SO STIPULATED.

5

6 Dated:  March 7, 2017       PHILLIP A. TALBERT
                United States Attorney

7

8                /s/ ROSS K. NAUGHTON
                ROSS K. NAUGHTON

9                Assistant United States Attorney

10

11

12 Dated:  March 7, 2017       /s/ MICHAEL E. HINGLE

13                MICHAEL E. HINGLE
                Counsel for Defendant

14                SECUNDINO ESQUIBEL

15

16 Dated:  March 7, 2017       /s/ JESSE ORTIZ, III

                JESSE ORTIZ, III

17                Counsel for Defendant
                OSCAR GONZALEZ

18

19 Dated:  March 7, 2017       /s/ OLAF W. HEDBERG

20                OLAF W. HEDBERG
                Counsel for Defendant

21                MANUEL MARZIAL

22 Dated:  March 7, 2017       /s/ CLEMENTE M. JIMENEZ

23                CLEMENTE M. JIMENEZ
                Counsel for Defendant

24                ANTONIO GOMEZ

25

26 Dated:  March 7, 2017       /s/ TODD D. LERAS
                TODD D. LERAS

27                Counsel for Defendant
                MOISES TORRES

28

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 7th day of March, 2017.

_____
Troy L. Nunley
United States District Judge