LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
MOISES TORRES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SECUNDINO ESQUIBEL, OSCAR GONZALEZ, MANUEL MARZIEL, ANTONIO GOMEZ, and MOISES TORRES, <br><br> Defendants. | Case No.: 2:15-CR-164 TLN <br><br> STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT <br><br> Date: June 15, 2017 <br> Time: 9:30 a.m. <br> Court: Hon. Troy L. Nunley |

      This matter is presently set for a status conference on April 27, 2017. The case involves allegations of marijuana manufacturing and depredation of public resources. The government has provided discovery to defense counsel including written reports, voluminous photographs, and videotapes relating to a large marijuana grow site in Trinity County. The grow site is located near the rural community of Wildwood within the Shasta-Trinity National Forest, approximately

ORDER CONTINUING STATUS
CONFERENCE

185 miles from Sacramento. In addition to the distance of the crime site, the case is complicated by the fact that most defendants in this case speak Spanish as their primary language and therefore require the assistance of a Spanish language interpreter for case preparation.

The parties to this action, Assistant U.S. Attorney Ross Naughton, Attorney Michael Hingle on behalf of Defendant Secundino Esquibel, Attorney Jesse Ortiz on behalf of Defendant Oscar Gonzalez, Attorney Olaf Hedberg on behalf of Defendant Manuel Marziel, Attorney Clemente Jimenez on behalf of Defendant Antonio Gomez, and Attorney Todd D. Leras on behalf of Defendant Moises Torres, stipulate as follows:

1. Defendants now move to vacate the status conference presently set for April 27, 2017. The parties request to continue the status conference to June 15, 2017, at 9:30 a.m., and to exclude time between April 27 and June 15, 2017 under Locl Code T-4. The United States does not oppose this request.

2. Due to the ongoing review of discovery and defense investigation related to potential defenses in this matter, defense counsel need additional time to prepare. This investigation is necessary to ensure that potential defenses are explored and discussed with each defendant in the case, including several defendants for whom Spanish is their primary language.

3. All defense counsel represent and believe that failure to grant additional time as requested would deny each of them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest

ORDER CONTINUING STATUS CONFERENCE

of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of April 27, 2017 to June 15, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B)(iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Ross Naughton and all defense counsel have reviewed this proposed order and authorized Todd Leras to sign it on their behalf.

DATED: April 24, 2017

By    Todd D. Leras for
ROSS NAUGHTON
Assistant United States Attorney

DATED: April 24, 2017

By    Todd D. Leras for
MICHAEL HINGLE
Attorney for Defendant
SECUNDINO ESQUIBEL

DATED: April 24, 2017

By    /s/ Todd D. Leras for
JESSE ORTIZ
Attorney for Defendant
OSCAR GONZALEZ

ORDER CONTINUING STATUS CONFERENCE

DATED: April 24, 2017

By    Todd D. Leras for
   OLAF HEDBERG
   Attorney for Defendant
   MANUEL MARZIAL

DATED: April 24, 2017

By    Todd D. Leras for
   CLEMENTE JIMENEZ
   Attorney for Defendant
   ANTONIO GOMEZ

DATED: April 24, 2017

By    /s/ Todd D. Leras
   TODD D. LERAS
   Attorney for Defendant
   MOISES TORRES

ORDER CONTINUING STATUS CONFERENCE

## ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for April 27, 2017, is vacated. A new status conference is scheduled for June 15, 2017, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from April 27, 2017, up to and including June 15, 2017.

DATED: April 25, 2017

                                                 Troy L. Nunley
                                                 United States District Judge

ORDER CONTINUING STATUS CONFERENCE