PHILLIP A. TALBERT
United States Attorney
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SECUNDINO ESQUIBEL ET AL.,<br><br>Defendants. | CASE NO. 2:15-CR-00164-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 9, 2017<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

The United States of America, through its undersigned counsel, Ross K. Naughton, Assistant United States Attorney, together with counsel for defendant Secundino Esquibel, Michael E. Hingle, Esq.; counsel for defendant Oscar Gonzalez, Jesse Ortiz, III, Esq.; counsel for defendant Antonio Gomez, Clemente Jimenez, Esq.; and counsel for defendant Moises Torres, Todd D. Leras, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status on June 15, 2017.

2. By this stipulation, the above-named defendants now move to continue the status conference until July 27, 2017, at 9:30 a.m., and to exclude time between June 15, 2017, and July 27, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case

includes over 900 pages of discovery and 3 video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

  b) Counsel for the above-named defendants desire additional time to review the discovery, conduct investigation, and interview potential witnesses.

  c) Counsel for the above-named defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 15, 2017 to July 27, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

[*End of page*.]

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 12, 2017                    PHILLIP A. TALBERT
                                        United States Attorney


                                        /s/ ROSS K. NAUGHTON
                                        ROSS K. NAUGHTON
                                        Assistant United States Attorney


Dated: June 12, 2017                    /s/ MICHAEL E. HINGLE
                                        MICHAEL E. HINGLE
                                        Counsel for Defendant
                                        SECUNDINO ESQUIBEL

Dated: June 12, 2017                    /s/ JESSE ORTIZ, III
                                        JESSE ORTIZ, III
                                        Counsel for Defendant
                                        OSCAR GONZALEZ

Dated: June 12, 2017                    /s/ CLEMENTE M. JIMENEZ
                                        CLEMENTE M. JIMENEZ
                                        Counsel for Defendant
                                        ANTONIO GOMEZ

Dated: June 12, 2017                    /s/ TODD D. LERAS
                                        TODD D. LERAS
                                        Counsel for Defendant
                                        MOISES TORRES


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 12th day of June, 2017.

                                        Troy L. Nunley
                                        United States District Judge