LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
MOISES TORRES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>SECUNDINO ESQUIBEL, ANTONIO GOMEZ, and MOISES TORRES,<br><br>            Defendants. | Case No.: 2:15-CR-164 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:     September 28, 2017<br>Time:     9:30 a.m.<br>Court:    Hon. Troy L. Nunley |

    This matter is presently set for a status conference on July 27, 2017.  The case involves

allegations of marijuana manufacturing and depredation of public resources on federal land.  The

government has provided discovery to defense counsel including written reports, voluminous

photographs, and videotapes relating to a large marijuana grow site in Trinity County.

    The grow site is located near the rural community of Wildwood within the Shasta-Trinity

ORDER CONTINUING STATUS
CONFERENCE

National Forest, approximately 185 miles from Sacramento.  Investigation of the grow site and potential witnesses therefore requires travel of a considerable distance from Sacramento.  In addition to the distance of the crime site, the case is complicated by the fact that most defendants in this case speak Spanish as their primary language and therefore require the assistance of a Spanish language interpreter for case preparation.

All parties to this action, except for Defendant Oscar Gonzalez, are requesting to continue the status conference to September 28, 2017.  Defendant Oscar Gonzalez's matter will remain on calendar for a potential change of plea on July 27, 2017.  Defendant Manuel Marzial has submitted, through his counsel Attorney Olaf Hedberg, a separate request stating other grounds for continuance of the status conference to September 28, 2017.

As for all remaining parties to this action, Assistant U.S. Attorney Ross Naughton for the government, Attorney Michael Hingle on behalf of Defendant Secundino Esquibel, Attorney Clemente Jimenez on behalf of Defendant Antonio Gomez, and Attorney Todd D. Leras on behalf of Defendant Moises Torres, they stipulate as follows:

1. Defendants now move to vacate the status conference presently set for July 27, 2017. The parties request to continue the status conference to September 28, 2017, at 9:30 a.m., and to exclude time between July 27, 2017 and September 28, 2017 under Local Code T-4.  The United States does not oppose this request.
2. Due to the ongoing review of discovery and defense investigation related to potential defenses in this matter, defense counsel need additional time to prepare.  This investigation is necessary to ensure that potential defenses are explored and discussed with each defendant in the case, including several defendants for whom Spanish is

ORDER CONTINUING STATUS
CONFERENCE

their primary language.

3. All defense counsel joining in this stipulation represent and believe that failure to grant additional time as requested would deny each of them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of July 27, 2017 to September 28, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

/ / /

/ / /

/ / /

ORDER CONTINUING STATUS CONFERENCE

Assistant U.S. Attorney Ross Naughton and all defense counsel for Defendants joining in this stipulation have reviewed this document and authorized Todd Leras to sign it on their behalf.

DATED: July 24, 2017

By    Todd D. Leras for
ROSS NAUGHTON
Assistant United States Attorney

DATED: July 24, 2017

By    Todd D. Leras for
MICHAEL HINGLE
Attorney for Defendant
SECUNDINO ESQUIBEL

DATED: July 25, 2017

By    Todd D. Leras for
CLEMENTE JIMENEZ
Attorney for Defendant
ANTONIO GOMEZ

DATED: July 24, 2017

By    /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
MOISES TORRES

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE GOVERNMENT AND DEFENSE COUNSEL FOR THE SPECIFIED DEFENDANTS, it is hereby ordered that the status conference in this matter as to Defendants Secundino Esquibel, Antonio Gomez, and Moises Torres, scheduled for July 27, 2017, is vacated.  The matter of Oscar Gonzalez remains on calendar for a potential change of plea hearing.  A new status conference for all parties joining in this Stipulation is scheduled for September 28, 2017, at 9:30 a.m.  The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from July 27, 2017, up to and including September 28, 2017.

DATED:  July 25, 2017

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE