LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
MOISES TORRES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>SECUNDINO ESQUIBEL, and MOISES TORRES,<br><br>        Defendants. | Case No.: 2:15-CR-164 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    December 7, 2017<br>Time:   9:30 a.m.<br>Court:  Hon. Troy L. Nunley |

      This matter is presently set for a status conference on October 19, 2017.  The case involves allegations of marijuana manufacturing and depredation of public resources on federal land.  The government has provided discovery to defense counsel including written reports, voluminous photographs, and videotapes relating to a large marijuana grow site in Trinity County.  The government also has provided plea agreements setting forth the terms of a proposed

ORDER CONTINUING STATUS CONFERENCE

resolution of the matter as to both remaining defendants.

Defense counsel for both Defendants, Attorney Michael Hingle on behalf of Defendant Secundino Esquibel, and Attorney Todd D. Leras on behalf of Defendant Moises Torres, desire to conduct additional investigation, including obtaining additional details about the grow site, in support of defense resolution requests and sentencing recommendations. The grow site is located near the rural community of Wildwood within the Shasta-Trinity National Forest, approximately 185 miles from Sacramento. Investigation of the grow site and potential witnesses therefore requires travel of a considerable distance from Sacramento.

Both Defendants are therefore requesting to continue the status conference to December 7, 2017. The Government does not oppose the request.

The parties stipulate as follows:

1. Defendants now move to vacate the status conference presently set for October 19, 2017. The parties request to continue the status conference to December 7, 2017, at 9:30 a.m., and to exclude time between October 19, 2017 and December 7, 2017, under Local Code T-4. The United States does not oppose this request.

2. Due to the ongoing review of discovery and defense investigation related to potential resolution of this matter, defense counsel need additional time to prepare.

3. Both defense counsel joining in this stipulation represent and believe that failure to grant additional time as requested would deny each of them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest

ORDER CONTINUING STATUS CONFERENCE

of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of October 19, 2017 to December 7, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Ross Naughton and Attorney Michael Hingle have reviewed this document and authorized Todd Leras to sign it on their behalf.

DATED: October 17, 2017

By    Todd D. Leras for
ROSS NAUGHTON
Assistant United States Attorney

DATED: October 17, 2017

By    Todd D. Leras for
MICHAEL HINGLE
Attorney for Defendant
SECUNDINO ESQUIBEL

DATED: October 17, 2017

By    /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
MOISES TORRES

ORDER CONTINUING STATUS CONFERENCE

# ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE GOVERNMENT AND DEFENSE COUNSEL FOR BOTH DEFENDANTS, it is hereby ordered that the status conference in this matter as to Defendants Secundino Esquibel and Moises Torres, scheduled for October 19, 2017, is vacated. A new status conference is scheduled for December 7, 2017, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from October 19, 2017, up to and including December 7, 2017.

DATED: October 17, 2017

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE