PHILLIP A. TALBERT
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SECUNDINO ESQUIBEL, ET AL.,<br><br>Defendants. | CASE NO. 2:15-CR-164-TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE FOR DEFENDANTS SECUNDINO ESQUIBEL AND MOISES TORRES, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date: December 14, 2017<br>Court: Hon. Troy L. Nunley |

Whereas, the Court previously entered a Minute Order on December 5, 2017, at the parties' request vacating a status conference for defendants Secundino Esquibel and Moises Torres set on December 7, 2017, and rescheduling the status conference on December 14, 2017,

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendants Esquibel and Torres, on the other hand, through their respective undersigned attorneys, that the previously set December 7, 2017, at 9:30 a.m., status conference hearing be continued by the Court to December 14, 2017, at 9:30 a.m., to: (1) allow the undersigned prosecutor, who was out-of-state for a training conference at the time of the December 7, 2017, status conference, to attend and handle the status conference in this case; and (2) allow defense counsel, Michael Hingle, Esq., additional time to explain and review the case with his client and so that the client understands the consequences of accepting the plea offer versus the

1
STIPULATION & ORDER CONTINUING STATUS CONFERENCE
AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

possible risks and ramifications of proceeding to trial. From Mr. Hingle's perspective, additional time is required to accomplish his obligation to his client in respect to a negotiated plea agreement.

The parties agree and request the Court find that: (1) the failure to grant this requested continuance would deny the United States continuity of counsel and defense counsel, Mr. Hingle, reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendants in a speedy trial.

The parties further agree and request that the Court order for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of this stipulation, December 12, 2017, to and including the December 14, 2017, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow the United States continuity of counsel and defense counsel, Mr. Hingle, reasonable time necessary for effective preparation.

Dated: December 12, 2017         */s/ Michael Hingle*
                                 _____
                                 MICHAEL HINGLE
                                 Attorney for defendant
                                 SECUNDINO ESQUIBEL
                                 (Per email authorization)

Dated: December 12, 2017         */s/ Todd Leras*
                                 _____
                                 TODD LERAS
                                 Attorney for defendant
                                 MOISES TORRES
                                 (Per email authorization)

Dated: December 12, 2017         PHILLIP A. TALBERT
                                 United States Attorney

                                 */s/ Samuel Wong*
                           By:   _____
                                 SAMUEL WONG
                                 Assistant United States Attorney

# ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. The Court reaffirms its previous ORDER that the presently set December 7, 2017, at 9:30 a.m., status conference hearing for defendants Secundino Esquibel and Moises Torres shall be continued to December 14, 2017, at 9:30 a.m.

Based on the representations of the parties in their stipulation, the Court finds that: (1) the failure to grant this requested continuance would deny the United States continuity of counsel and defense counsel, Michael Hingle, Esq., reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by continuing the case as requested outweigh the best interests of the public and the defendants in a speedy trial

The Court hereby orders that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, the time period from the date of the parties' stipulation, December 12, 2017, to and including the December 14, 2017, status conference hearing, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow the United States continuity of counsel and defense counsel, Mr. Hingle, reasonable time necessary for effective preparation.

IT IS SO ORDERED.

Dated: December 13, 2017

Troy L. Nunley
United States District Judge