MICHAEL E. HINGLE, SBN 153369
LAW OFFICE OF MICHAEL E. HINGLE
PO Box 788
SAN JOSE, CA 95106-0788
Telephone: (408) 286-4998
Facsimile: (408) 292-6138
Email: michael@hingle-law.com

Attorney for Defendant
SECUNDINO ESQUIBEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SECUNDINO ESQUIBEL,<br><br>Defendant. | Case No.: 2:15-CR-00164 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES**<br><br>Date: April 19, 2018<br>Time: 9:30 a.m.<br>Court: Hon. Troy L. Nunley |

The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Samuel Wong, and attorney Michael E Hingle on behalf of defendant Secundino Esquibel, stipulate and submit this request to continue the dates presently set for judgment and sentencing in the above – referenced matter from March 1, 2018 to April 19, 2018, at 9:30 A.M. The defense needs additional time to conduct investigation and gather materials in support of its sentencing requests as allowed under the express terms of the plea agreement.

The government does not oppose the request and the assigned probation officer is available to appear on the requested dates. These dates are the same dates recently approved by the Court as to co-defendant Moises Torres. It is therefore requested that the Court modify its previously-set Pre-Sentence Report disclosure schedule as follows:

1. Draft Pre-Sentence Report Date: February 15, 2018;

2. Informal Objections to Draft Pre-Sentence Report: March 1, 2018;

3. Final Pre-Sentence Report Date: March 15, 2018;

4. Motion for Correction Date: March 29, 2018, and

5. Reply Date: April 12, 2018.

This Request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Samuel Wong has reviewed this stipulation and proposed order and authorized Michael E. Hingle to sign it on his behalf.

Dated: January 11, 2018         McGREGOR W. SCOTT

                                By: /s/ Michael E. Hingle for

                                SAMUEL WONG
                                Assistant United States Attorney

Dated: January 11, 2018         /s/ Michael E. Hingle

                                Michael E. Hingle
                                Attorney for Defendant Secundino
                                Esquibel

## ORDER

The Judgment and Sentencing Hearing in this matter is continued to April 19, 2018, at 9:30 AM. The Court adopts the Presentence Report disclosure schedule proposed by the parties.

**IT IS SO ORDERED**

DATED: January 11, 2018

Troy L. Nunley
United States District Judge