MICHAEL E. HINGLE, SBN 153369
LAW OFFICE OF MICHAEL E. HINGLE
PO Box 788
SAN JOSE, CA 95106-0788
Telephone: (408) 286-4998
Facsimile: (408) 292-6138
Email: michael@hingle-law.com

Attorney for Defendant
SECUNDINO ESQUIBEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SECUNDINO ESQUIBEL, *et al.,*<br><br>Defendants. | Case No.: 2:15-CR-00164 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**<br><br>Date: July 26, 2018<br>Time: 9:30 a.m.<br>Court: Hon. Troy L. Nunley |

The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Samuel Wong, and attorney Michael E Hingle on behalf of defendant Secundino Esquibel, stipulate and submit this request to continue the dates presently set for judgment and sentencing in the above – referenced matter from April 19, 2018, at 9:30 A.M to July 26, 2018 at 9:30 A.M. The defense needs additional time to draft and submit materials in support of its sentencing requests as allowed under the express terms of the plea agreement.

The government does not oppose the request and the assigned probation officer is available to appear on the requested dates. This date is the same date recently approved by the Court as to co-defendant Moises Torres. It is therefore requested that the Court continued its previously-set Sentencing in the above-referenced matter until July 26, 2018.

This Request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Samuel Wong has reviewed this stipulation and proposed order and authorized Michael E. Hingle to sign it on his behalf.

1

[Proposed] Order Continuing Sentencing Hearing and Modifying PSR Schedule.
2:15-cr-00164 TLN

Dated: April 16, 2018　　　　　　　　　　　　McGREGOR W. SCOTT

By: /s/ Michael E. Hingle for

SAMUEL WONG
Assistant United States Attorney

Dated: April 16, 2018　　　　　　　　　　　　/s/ Michael E. Hingle

Michael E. Hingle
Attorney for Defendant Secundino
Esquibel

## ORDER

The Judgment and Sentencing Hearing in this matter is continued to July 26, 2018, at 9:30 AM.

**IT IS SO ORDERED**

Dated: <u>April 17, 2018</u>

The Honorable Troy L. Nunley
United States District Judge