MICHAEL E. HINGLE, SBN 153369
LAW OFFICE OF MICHAEL E. HINGLE
PO Box 788
SAN JOSE, CA 95106-0788
Telephone: (408) 286-4998
Facsimile: (408) 292-6138
Email: michael@hingle-law.com

Attorney for Defendant
SECUNDINO ESQUIBEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>SECUNDINO ESQUIBEL, *et al.,*<br><br>  Defendants. | Case No.: 2:15-CR-00164 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**<br><br>Date:  September 6, 2018<br>Time:  9:30 a.m.<br>Court: Hon. Troy L. Nunley |

    The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Samuel Wong, and attorney Michael E Hingle on behalf of defendant Secundino Esquibel, stipulate and submit this request to continue the dates presently set for judgment and sentencing in the above – referenced matter from July 26, 2018, at 9:30 A.M to September 6, 2018 at 9:30 A.M.  Defense counsel needs additional time due to current medical issues with his left eye, which have been ongoing since the last week of June, and may very well require surgery shortly. After any anticipated surgery, defense counsel will need a period of time to recover before working and driving.

    The Government does not oppose the request.   It is therefore requested that the Court continued its previously-set Sentencing in the above-referenced matter until September 6, 2018.

    This Request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney Samuel Wong has reviewed this stipulation and proposed order and authorized Michael E. Hingle to sign it on his behalf.

| | |
|---|---|
| Dated: July 24, 2018 | McGREGOR W. SCOTT |
| | By: /s/ Michael E. Hingle for |
| | SAMUEL WONG<br>Assistant United States Attorney |
| Dated: July 24, 2018 | /s/ Michael E. Hingle |
| | Michael E. Hingle<br>Attorney for Defendant Secundino Esquibel |

## ORDER

The Judgment and Sentencing Hearing in this matter is continued to September 6, 2018, at 9:30 AM.

**IT IS SO ORDERED.**

Dated: July 24, 2018

Troy L. Nunley
United States District Judge